Case 1:20-cv-05951-GBD   Document 32   Filed 07/20/21   Page 1 of 2



**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NICOLETTE PELLEGRINO**
*Assistant Corporation Counsel*
Phone: (212) 356-2338
Fax: (212) 356-3509
Email: npellegr@law.nyc.gov

July 15, 2021

VIA E.C.F.
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The initial conference is adjourned from July 28, 2021 until October 20, 2021 at 9:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

JUL 2 0 2021

Re: Rilton Harry v. City of New York, et al.,
20 Civ. 5951 (GBD)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing New York City Police Department ("NYPD") Officer Jose Fernandez, NYPD Officer Jessica Torres, NYPD Sergeant Sharette Delisser, and the City of New York ("Defendants") in the above referenced matter. The Defendants write, with Plaintiff's consent, to respectfully request that the July 28, 2021 Initial Conference be adjourned *sine die*.

This is the Defendants' third request, with Plaintiff's consent, for an adjournment of the Initial Conference. Upon information and belief, this request will not affect any other scheduled deadline.

By way of relevant background, on April 23, 2021, the Defendants wrote, with Plaintiff's consent, in accordance with the Court's April 21, 2021 Order, to respectfully: (a) seek an adjournment *sine die* of the initial conference scheduled for April 28, 2021; and (b) request that the Court endorse the parties' proposed scheduling order. (See Dkt. No. 24.)

On April 26, 2021, the Court granted the Defendants' request, ordering that: (a) "[a]ll discovery must be completed by October 28, 2021"; (b) "[d]ispositive motions are to be served by November 29, 2021"; (c) "[a]nswering papers are to be served by December 31, 2021"; (d) "[r]eply papers are to be served by January 21, 2022"; and (e) the "initial conference is adjourned from April 28, 2021, to July 28, 2021." (See Dkt. No. 25.)

Since April 26, 2021, the parties have been, and intend to continue, participating in fact discovery. Most recently, the parties have agreed that they do not see a need for a conference at this time, since there are no pressing matters to discuss with the Court. Thus, in the interest of judicial economy and efficiency, and to preserve both the parties' and the Court's time and resources, the Defendants respectfully request, with Plaintiff's consent, an adjournment of the July 28, 2021 Initial Conference *sine die*.

Defendants thank the Court for its consideration.

Respectfully submitted,

/s/ *Nicolette Pellegrino*

Nicolette Pellegrino
Assistant Corporation Counsel
Special Federal Litigation Division

CC: VIA E.C.F.
Ugo Uzoh, Esq.
*Attorney for Plaintiff*

2