# UGO UZOH, P.C.
ATTORNEYS AT LAW
56 WILLOUGHBY STREET, THRID FLOOR
BROOKLYN, NEW YORK 11201
TEL: (718) 874-6045, FAX: (718) 576-2685



October 15, 2021

SO ORDERED

**By ECF**

The conference on October 20, 2021
is adjourned to February 9, 2022 at 9:45 a.m.

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

OCT 1 8 2021    *George B. Daniels*
HON. GEORGE B. DANIELS

Re: <u>Rilton Harry v. City of New York, et al.</u>
20 CV 5951 (GBD)

Dear Judge Daniels:

This firm represents Plaintiff Rilton Harry, in connection with the above referenced matter. In accordance with the Court's October 13, 2021 directive for a status report as to discovery, I write on behalf of the parties to respectfully advise the Court that the parties have yet to complete paper discovery and are presently in the process of scheduling depositions. On October 12, 2021, the plaintiff submitted a letter of the same date seeking a pre-motion discovery conference concerning the paper discovery issues outlined in his said letter. (Docket No. 33.) However, the parties have since conferred, and have now resolved all outstanding paper discovery issues with the defendants indicating that they would need about 30 days to produce certain outstanding disclosures. Accordingly, the plaintiff hereby withdraws said motion for a discovery conference. Because the parties had planned to raise the discovery issues at the Conference presently scheduled for October 20, 2021, at 9:30 a.m., and since the parties do not have any other issues to raise before the Court, the parties respectfully request that the Court adjourn the Conference presently scheduled for October 20, 2021, at 9:30 a.m., to such date and time as the Court may set in its discretion.

Further, given that the parties have yet to complete discovery, the parties respectfully request that the Court extend the October 28, 2021 discovery deadline to February 25, 2022. The requested extension is necessary to afford the parties sufficient time -- particularly in light of the upcoming holiday period and other litigation commitments of counsel -- to complete paper discovery and schedule and complete approximately five (5) party and approximately four (4) non-party depositions.

Honorable George B. Daniels
October 15, 2021
Page 2 of 2

Thank you for your time and consideration of the parties' request(s).

Respectfully submitted,

*Ugochukwu Uzoh*

Ugochukwu Uzoh

cc:   Assistant Corporation Counsel Nicolette Pellegrino [via ECF]