UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

RILTON HARRY,

                        Plaintiff,

    -against-

CITY OF NEW YORK, SEARGANT
SHARETTE DELISSA, POLICE OFFICER JOSE
FERNANDEZ, POLICE OFFICER JESSICA
TORRES, and JOHN AND JANE DOES #1-7,

                       Defendants.

------------------------------------- x

ORDER
20 Civ. 5951 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    In light of this Court's referral to Magistrate Judge Netburn for General Pretrial and Settlement, all conferences previously scheduled before Judge Daniels are cancelled and all deadlines are adjourned *sine die.*

Dated: February 8, 2022

SO ORDERED.

*George B. Daniels*
United States District Judge