UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

RILTON HARRY,

                    Plaintiff,

       -against-

THE CITY OF NEW YORK, P.O. JOSE
FERNANDEZ (SHIELD No. 626), SERGEANT
SHARETTE DELISSA (SHIELD No. 1018), P.O.
JESSICA TORRES (SHIELD No. 1909), and JOHN
DOE and JANE DOE,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

      ORDER

20 Civ. 5951 (GBD)

GEORGE B. DANIELS, United States District Judge:

     This Court will hear oral argument on Defendants' motion for summary judgment, (ECF

No. 51), on October 12, 2022 at 10:00 a.m.  Unless otherwise ordered, the argument will proceed

in-person.

Dated: August 30, 2022
       New York, New York

                             SO ORDERED.

                             GEORGE B. DANIELS
                             United States District Judge