**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

RILTON HARRY,

                      Plaintiff,

   -against-

THE CITY OF NEW YORK, P.O. JOSE FERNANDEZ (SHIELD No. 626), SERGEANT SHARETTE DELISSA (SHIELD No. 1018), P.O. JESSICA TORRES (SHIELD No. 1909), and JOHN DOE and JANE DOE,

                      Defendants.

------------------------------------- x

ORDER

20 Civ. 5951 (GBD)

GEORGE B. DANIELS, United States District Judge:

On the parties' motion, the oral argument scheduled for October 12, 2022 is adjourned to October 26, 2022 at 10:00 a.m. Unless otherwise ordered, the argument will proceed in-person.

The Clerk of the Court is directed to close the open motion at ECF No. 63.

Dated: September 13, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge