UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RILTON HARRY,

                                  **Plaintiff,**

            -against-

CITY OF NEW YORK, et al.,

                                  **Defendants.**

-----------------------------------------------------------------X

20-CV-05951 (GBD)(SN)

**DISCOVERY
CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2022

**SARAH NETBURN, United States Magistrate Judge:**

       A conference to discuss the issues raised by Plaintiff's motion to correct the record is scheduled for Thursday, October 13, 2022, at 3:30 p.m. ECF No. 67. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                            _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      October 7, 2022
                 New York, New York