UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RILTON HARRY,

                    Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                  Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2022

20-CV-05951 (GBD)(SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

The conference currently scheduled for Thursday, October 13, 2022, at 3:30 p.m. is RESCHEDULED for Thursday, October 27, 2022, at 3:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 12, 2022
                New York, New York