UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RILTON HARRY,

                        Plaintiff,                    20 **CIVIL** 5951 (GBD)

        -against-                    **JUDGMENT**

THE CITY OF NEW YORK, P.O. JOSE FERNANDEZ
(SHIELD No. 626), SERGEANT SHARETTE DELISSA
(SHIELD No. 1018), P.O. JESSICA TORRES (SHIELD
No. 1909), AND JOHN DOE AND JANE DOE,

                     Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 15, 2022, Defendants' motion for summary judgment is GRANTED and this action is dismissed.

**Dated:** New York, New York
         December 15, 2022

                                                      **RUBY J. KRAJICK**

                                                           Clerk of Court

             **BY:**

                                                          **Deputy Clerk**